

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Edward L. Lewis, Jr., Appellant

No. 06-18-00031-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CR02495). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by reducing the amount of court costs to $623.00 and to reflect that the Appellant pled not true to the allegations contained in the State's revocation motion. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Edward L. Lewis, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 20, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk